THE FARMERS' AND MECHANICS' BANK OF GRAND RAPIDS v. CHARLES O. BUTLER.

*Negotiable paper—Bona fide purchaser—Duress.*

Duress is not a defence to negotiable paper in the hands of a *bona fide* holder who purchased it before it fell due.

Case made from Kent.    Submitted April 13.    Decided April 19.

ASSUMPSIT.    Plaintiff had judgment.    Affirmed.

*Blair, Kingsley & Kleinhans*, for plaintiff, cited *Clark v. Pease* 31 N. H. 414 : 1 Dan. Neg. Inst. §§ 857–8.

*D. E. Corbett*, for defendant, cited *Wolff v. McGavock* 29 Wis. 290; *VanBrunt v. Singley* 85 Ill. 281.

COOLEY, J.  A negotiable note given by the defendant and purchased by the plaintiff in good faith before it became due, is contested by the defendant on the ground that it was obtained from him by duress.    The circuit court decided that the defence was not available.    This was correct.

The cases of *Gibbs v. Linabury* 22 Mich. 479 and *Anderson v. Walter* 34 Mich. 113, which are supposed to countenance the defence, are different from this.    The defence in each of those cases was that the party had never executed as a promissory note the instrument in that form which was sued upon; and if the fact was established, the paper was no more his than - if his signature had been forged by another.    In this case the making of the note was not disputed.

The judgment must be affirmed with costs.

The other Justices concurred.